IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| BILLY JOE ROUNSAVALL )<br>AND OPAL ROUNSAVALL )<br>AS HUSBAND AND WIFE, )<br>       )<br>   PLAINTIFFS, )<br>       )<br>V.    )<br>       )<br>AMETEK, INC. (SUED INDIVIDUALLY )<br>AND AS SUCCESSOR-IN-INTEREST TO )<br>HAVEG INDUSTRIES, INC. AND ALSO )<br>AS SUCCESSOR-IN-INTEREST )<br>TO HERCULES, INC. ET AL.; )<br>       )<br>   DEFENDANTS. ) | CIVIL ACTION NO.<br>CV-12-K-2785-NE |

_____

**HERCULES INCORPORATED'S CORPORATE DISCLOSURE STATEMENT**
_____

Pursuant to Local Rule 3.4 of the Southern District of Alabama and Federal Rules of Civil Procedure 7.1 (a), and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned representative of **HERCULES INCORPORATED** in the above captioned action, certifies that **HERCULES INCORPORATED** does have a parent company, Ashland Inc., and makes the following disclosure:

1. Is party a publicly held corporation or other public held entity?

    ( ) Yes        (X) No

2. Does party have any parent corporations?

    (X) Yes        ( ) No

    If yes, identify all parent corporations, including grandparent and great-grandparent corporations:  <u>Ashland Inc.</u>

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

    (X) Yes    ( ) No

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

    ( ) Yes    (X) No

Respectfully submitted,

**HERCULES INCORPORATED**
**Defendant**

/s/ B. Adam Hays
B. Adam Hays
**Attorney Code: HAYSB9503**
*Attorney for Hercules Incorporated*

OF COUNSEL:

**SWETMAN BAXTER MASSENBURG, LLC**
1700 South 28th Avenue, Suite D
Hattiesburg, MS 39402
Phone: (601) 255-0259
Fax:   (601) 255-0260
Email: cmassenburg@sbm-legal.com
*Pro Hac Vice* pending

&

**JOHNSON, RATLIFF & HAYS, PLLC**
1300 Hardy Street
P.O. Box 17738
Hattiesburg, MS 39404
Phone: (601) 582-4553
Fax:   (601) 582-4556
Email: ahays@jhrlaw.net

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of September, 2012, a true and correct copy of the foregoing was filed and served electronically using the CM/ECF system and/or by email and/or facsimile transmission and/or by United States mail, postage pre-paid.

/s/ B. Adam Hays