FILED
2012 Nov-05 PM 03:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| BILLY JOE ROUNSAVALL and OPAL ROUNSAVALL, husband and wife, <br><br> Plaintiffs, <br><br> vs. <br><br> AMETEK, INC. (sued individually and as Successor-in-interest to HAVEG INDUSTRIES, INC. and also as successor-In-interest to HERCULES, INC.), et al., <br><br> Defendants. | Civil Action No.: 5:12-cv-2785-IPJ |

## NOTICE OF SERVICE

COMES NOW, Defendant Foster Wheeler Corporation, and hereby gives notice to the Clerk that they have this day served a copy of the following document upon Plaintiff's counsel:

1. Defendant, Foster Wheeler Corporation's Rule 26 Initial Disclosures.

Respectfully submitted, this the 5th day of November, 2012.

/s/ F. Grey Redditt, Jr.
F. GREY REDDITT, JR. (ASB-5142-R64F)
TIMOTHY A. CLARKE (ASB-1440-R67T)

*Attorneys for Foster Wheeler Corporation*

**OF COUNSEL:**
VICKERS, RIIS, MURRAY and CURRAN, L.L.C.
Post Office Drawer 2568
Mobile, Alabama 36652-2568
Phone: (251) 432-9772
Facsimile: (251) 432-9781
Email:   gredditt@vickersriis.com
         tclarke@vickersriis.com

{00735060.DOCX-1}

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of November, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of the filing to counsel who are CM/ECF participants.

/s/ F. Grey Redditt, Jr.
F. GREY REDDITT, JR.