FILED
2013 May-21 PM 02:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ALABAMA
### Northern Division

| | | |
|---|---|---|
| OPAL ROUNSAVALL, Individually and and as Personal Representative of the Estate of BILLY JOE ROUNSAVALL, deceased, | ) ) ) ) | |
| Plaintiffs, | ) ) | CV 12-CO-2785-NE |
| v. | ) ) ) | Jury Demand |
| AMETEK, INC. (sued individually and as successor-in-interest to HAVEG INDUSTRIES, INC. and also as successor-In-interest to HERCULES, INC.), et al., | ) ) ) ) ) | |
| Defendants. | ) | |

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF DEPOSITION OF DEFENDANT PHARMACIA CORPORATIONF/K/A MONSANTO COMPANY'S CORPORATE REPRESENTATIVE PURSUANT TO FED. R. CIV. P. 30(B)(1), ET SEQ.**

TO:   All counsel of record:

Please take notice that the deposition of a Corporate Representative of PHARMACIA CORPORATION F/K/A MONSANTO COMPANY ("Monsanto" or "Defendant"), previously scheduled and noticed for June 7, 2013 is hereby cancelled and the notice thereof is hereby WITHDRAWN.

Dated:  May 21, 2013                     Respectfully submitted,

/s/ Rachel C. Perkins
Rachel C. Perkins
TX State Bar 24070404
Attorney for Plaintiff
**Simon Greenstone Panatier Bartlett**
3232 McKinney Ave, Ste 610
Dallas, TX 75204
214-276-7680
rperkins@sgpblaw.com

Janet Ward Black
NC State Bar 12869
Attorney for Plaintiff
**Ward Black Law**
208 W. Wendover Ave.

                Greensboro, NC  27401
                336-333-2244
                jwblack@wardblacklaw.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

    I, Rachel Perkins, hereby certify that on the 21st day of May 2013, caused a true and correct copy of foregoing to be served upon counsel of record via CM/ECF.

                */s/ Rachel C. Perkins*
                RACHEL C. PERKINS