# IN THE DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ALABAMA
## Northern Division

| | |
|---|---|
| OPAL ROUNSAVALL, Individually and and as Personal Representative of the Estate of BILLY JOE ROUNSAVALL, deceased, ) ) ) ) | |
| Plaintiffs, ) ) | CV 12-CO-2785-NE |
| v. ) ) | Jury Demand |
| AMETEK, INC. (sued individually and as successor-in-interest to HAVEG INDUSTRIES, INC. and also as successor-In-interest to HERCULES, INC.), et al., ) ) ) ) ) ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY

COME NOW, Plaintiffs and Defendant Metropolitan Life Insurance Company ("Metropolitan Life"), by and through their counsel of record and file this Joint Stipulation for Dismissal without prejudice with each party to bear its own cost. This Joint Stipulation of Dismissal is effective only as to the above Plaintiffs' claims against Metropolitan Life, and Plaintiffs reserve their right to pursue any other claims they may have against any other Defendant. This Dismissal does not alter Plaintiffs' claims against the remaining Defendants.

This the 14th day of June, 2013.

        Respectfully submitted,

        */s/ Rachel C. Perkins*
        Rachel Perkins, Esq.
        SIMON GREENSTONE PANATIER BARTLETT
        3232 McKinney Ave., Suite 610
        Dallas, TX 75204

        214-276-7680
        Facsimile No. 214-276-7699

        Rebekah McKinney, Esq.
        WATSON MCKINNEY LLP
        203 Greene Street SE
        Huntsville, AL 35801
        (256) 536-7423
        Facsimile No. (256) 536-2689

        **ATTORNEYS FOR PLAINTIFFS**

        */s/ Michael A. Vercher (with consent)*
        Michael A Vercher
        **Christian & Small LLP**
        505 North Twentieth Street
        1800 Financial Center
        Birmingham, LA 35203
        205-795-6588
        205-328-7234 facsimile
        mavercher@csattorneys.com

## CERTIFICATE OF SERVICE

    I, Rachel Perkins, hereby certify that on the <u>14</u> day of June, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

                */s/ Rachel C. Perkins*